# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division



NEGASH MALEDE, #13051-007,

        Petitioner,

v.                                ACTION NO. 2:11cv322

ERIC WILSON,
Warden, FCI Petersburg,

        Respondent.

## FINAL ORDER

    This matter was initiated by petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner, a District of Columbia prisoner, submitted a *pro se* petition asserting that the United States Parole Commission violated the constitutional prohibition against *ex post facto* laws when it failed to correctly apply the 1987 D.C. Parole Board Guidelines during his December 2009 parole hearing.

    The petition was referred to a United States Magistrate Judge for a Report and Recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. The Magistrate Judge's Report and Recommendation was filed December 14, 2011, and recommends dismissal of the petition with prejudice. The Court has received no objections to the Report and Recommendation, and the time for filing objections has expired.

The Court does hereby accept the findings and recommendations set forth in the Report and Recommendation filed December 14, 2011, and it is therefore ORDERED that Respondent's Motion to Dismiss is GRANTED, and that the petition is DENIED and DISMISSED with prejudice. It is further ORDERED that judgment be entered in favor of Respondent.

Petitioner may appeal from the Judgment entered pursuant to this Final Order by filing a *written* Notice of Appeal with the Clerk of this Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within sixty (60) days from the date of entry of such Judgment.

The Clerk shall mail a copy of this Final Order to Petitioner and to counsel of record for Respondent.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Arenda L. Wright Allen
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
January 24th, 2012